IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CATHERINE BAUDLER, | : | Case 4:10-cv-00494 |
| Plaintiff, | : | |
| vs. | : | DISMISSAL WITH PREJUDICE |
| DIVERSIFIED COLLECTION SERVICES, INC., | : | |
| Defendant. | : | |

Plaintiff Catherine Baudler, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement reached between the parties.

Respectfully submitted this ___ day of _____, 2011.

Ray Johnson
AT004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com